United States District Court
Southern District of Texas
**ENTERED**
July 12, 2022
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| KEITH CARPENTER, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-00281 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ENTERPRISE | § | |
| PRODUCTS COMPANY, | § | |
| Defendant. | § | |

## Order

The parties have settled their dispute in conference before the Magistrate Judge.

All claims by Plaintiff Keith Carpenter against Defendant Enterprise Products Company are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate his claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on ___July 12, 2022___, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge